Paul Mendez, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Lian Yang, individually and on behalf of all other
employees similarly situated,

                                      Plaintiffs,

                    V.

Asia Market Corp., Jie Ming Liang, Wen "Doe" (last name unknown),
Naomi Kwong, "John" (first name unknown) Kwong,

                                 Defendants.

-------------------------------------------------------------------X

Case/Index No.: 1:17-cv-06886-VEC

PERSON SERVED:
Jie Ming Liang

PAPERS SERVED:
SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT
EXHIBITS I, II & III

The Under Signed, a New York licensed process server (New York license number 1350897) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

I am over the age of eighteen years and am not a party to this action.

That on the **13th** day of **September** 20 **17** @ **12:16pm**
at: **71 ½ Mulberry Street, New York, NY 10013**

Deponent Served within **Summons & Complaint with Exhibits I, II & III** on **Jie Ming Liang**
by delivering and leaving **a** true copy with **Margaret Wong**
a person of suitable age and discretion who is **employed as a Cashier** at the above premises by: Asia Market Corp.

Description: (deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 200 | Approx. Height: 5'0 |

Mailing: **09/14/2017**
Deponent enclosed 1 copy of same in a postpaid envelope properly addressed to the **Defendant** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelope bore the legend "Personal and Confidential" addressed to: **Jie Ming Liang**
**71 ½ Mulberry Street, New York, NY 10013**
The above envelope did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against **Jie Ming Liang**.

Military Service:
In compliance with the ServiceMembers Civil Relief Act I believe that **Jie Ming Liang** is currently Not in the United States Military Service based upon the following:
At the time I served **Margaret Wong** I asked her if **Jie Ming Liang** is currently in active Military Service of the United States in any capacity in this state of New York or any other state of this Nation or ever seen the defendant wearing the Uniform of the United States Military and Received a Negative Reply;

I declare under a penalty of perjury that all of the above information is true and correct

Executed on: 09/15/2017

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY): 1350897

_____
Signature of Server

Paul Mendez, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Lian Yang, individually and on behalf of all other
employees similarly situated,

                                  Plaintiffs,

                     V.

Asia Market Corp., Jie Ming Liang, Wen "Doe" (last name unknown),
Naomi Kwong, "John" (first name unknown) Kwong,

                                Defendants.
----------------------------------------------------------------------X

Case/Index No.: 1:17-cv-06886-VEC

PERSON SERVED:
Wen "Doe" (last name unknown)

PAPERS SERVED:
SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT
EXHIBITS I, II & III

The Under Signed, a New York licensed process server (New York license number 1350897) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action.
That on the __13th__ day of __September__ 20 __17__ @ __12:16pm__
at: __71 ½ Mulberry Street, New York, NY 10013__

Deponent Served within __Summons&Complaint with Exhibits I, II & III__ on __Wen "Doe"__
by delivering and leaving __a__ true copy with __Margaret Wong__
a person of suitable age and discretion who is __employed as a Cashier__ at the above premises by: Asia Market Corp.

Description:(deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 200 | Approx. Height: 5'0 |

Mailing: __09/14/2017__
Deponent enclosed 1 copy of same in a postpaid envelope properly addressed to the __Defendant__ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelope bore the legend "Personal and Confidential" addressed to: __Wen "Doe"__.
__71 ½ Mulberry Street, New York, NY 10013__.
The above envelope did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against __Wen "Doe"__.

Military Service:
In compliance with the ServiceMembers Civil Relief Act I believe that __Wen "Doe"__ is currently Not in the United States Military Service based upon the following:
At the time I served __Margaret Wong__ I asked her if __Wen "Doe"__ is currently in active Military Service of the United States in any capacity in this state of New York or any other state of this Nation or ever seen the defendant wearing the Uniform of the United States Military and Received a Negative Reply;

I declare under a penalty of perjury that all of the above information is true and correct

Executed on: 09/15/2017

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY): 1350897

_____
Signature of Server

Paul Mendez, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

Lian Yang, individually and on behalf of all other employees similarly situated,

                          Plaintiffs,

                V.

Asia Market Corp., Jie Ming Liang, Wen "Doe" (last name unknown),
Naomi Kwong, "John" (first name unknown) Kwong,

                         Defendants.

--------------------------------------------------------------------X

Case/Index No.: 1:17-cv-06886-VEC

PERSON SERVED:

**Naomi Kwong**

PAPERS SERVED:
SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT
EXHIBITS I, II & III

The Under Signed, a New York licensed process server (New York license number 1350897) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

I am over the age of eighteen years and am not a party to this action.

That on the __13th__ day of __September__ 20 __17__ @ __12:16pm__
at: __71 ½ Mulberry Street, New York, NY 10013__

Deponent Served within __Summons&Complaint with Exhibits I, II & III__ on __Naomi Kwong__
by delivering and leaving __a__ true copy with __Margaret Wong__
a person of suitable age and discretion who is __employed as a Cashier__ at the above premises by: Asia Market Corp.

Description: (deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 200 | Approx. Height: 5'0 |

Mailing: 09/14/2017
Deponent enclosed 1 copy of same in a postpaid envelope properly addressed to the __Defendant__ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelope bore the legend "Personal and Confidential" addressed to: __Naomi Kwong__
__71 ½ Mulberry Street, New York, NY 10013__.
The above envelope did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against __Naomi Kwong__.

Military Service:
In compliance with the ServiceMembers Civil Relief Act I believe that __Naomi Kwong__ is currently Not in the United States Military Service based upon the following:
At the time I served __Margaret Wong__ I asked her if __Naomi Kwong__ is currently in active Military Service of the United States in any capacity in this state of New York or any other state of this Nation or ever seen the defendant wearing the Uniform of the United States Military and Received a Negative Reply;

I declare under a penalty of perjury that all of the above information is true and correct

Executed on: 09/15/2017

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY):1350897

_____
Signature of Server

Paul Mendez, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Lian Yang, individually and on behalf of all other employees similarly situated,

                                  Plaintiffs,

V.

Asia Market Corp., Jie Ming Liang, Wen "Doe" (last name unknown), Naomi Kwong, "John" (first name unknown) Kwong,

                                  Defendants.

-----------------------------------------------------------------------X

Case/Index No.: 1:17-cv-06886-VEC

PERSON SERVED:
"John" (first name unknown) Kwong

PAPERS SERVED:
SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT
EXHIBITS I, II & III

The Under Signed, a New York licensed process server (New York license number 1350897) declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action.

That on the __13th__ day of __September__ 20 __17__ @ __12:16pm__
at: __71 ½ Mulberry Street, New York, NY 10013__

Deponent Served within __Summons&Complaint with Exhibits I, II & III__ on __"John" Kwong__
by delivering and leaving __a__ true copy with __Margaret Wong__
a person of suitable age and discretion who is __employed as a Cashier__ at the above premises by: Asia Market Corp.

Description:(deponent describes the individual served as following)

| Sex: F | Skin: Asian | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 40's | Approx. Weight: 200 | Approx. Height: 5'0 |

Mailing: __09/14/2017__
Deponent enclosed 1 copy of same in a postpaid envelope properly addressed to the __Defendant__ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
The envelope bore the legend "Personal and Confidential" addressed to: __"John" Kwong__.
__71 ½ Mulberry Street, New York, NY 10013__.
The above envelope did not indicate on the outside thereof by return address or otherwise that the communication is from an attorney or concerned any legal action against __"John" Kwong__.

Military Service:
In compliance with the ServiceMembers Civil Relief Act I believe that __"John" Kwong__ is currently Not in the United States Military Service based upon the following:
At the time I served __Margaret Wong__ I asked her if __"John" Kwong__ is currently in active Military Service of the United States in any capacity in this state of New York or any other state of this Nation or ever seen the defendant wearing the Uniform of the United States Military and Received a Negative Reply;

I declare under a penalty of perjury that all of the above information is true and correct

Executed on: 09/15/2017

Process Server: Avner Rahimov
551 W. 181st Street, #224
New York, NY 10033
Lic. No.(NY):1350897

_____
Signature of Server