

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/1/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Lian Yang, individually and on behalf all other employees similarly situated,

                Plaintiff,

- against -

Asia Market Corp., Jie Ming Liang, Wen "Doe" (last name unknown), Naomi Kwong, "John" (first name unknown) Kwong.

                Defendants.

Case No. 1:17-cv-06886-VEC

**REQUEST FOR CERTIFICATE OF DEFAULT**

---

TO:    RUBY J. KRAJICK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

        Please enter the default for Defendants, Jie Ming Liang, Wen "Doe" (last name unknown) and "John" (first name unknown) Kwong pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Keli Liu, Esq., the attorney for the Plaintiff in the above-entitled action.

Dated:  Flushing, New York
          April 25, 2018

**HANG & ASSOCIATES, PLLC**

By:  /s/ *Keli Liu*_____
Keli Liu, Esq.
136-20 38th Ave., Suite #10G
Flushing, New York 11354
Telephone:  (718) 353-8588
Email: *kliu@hanglaw.com*
*Attorneys for Plaintiff(s)*

---

Plaintiff's motion for default judgment is DENIED WITHOUT PREJUDICE.  Plaintiff's motion fails to comply with the Undersigned's Individual Practices for seeking default judgments. Additionally, the Court will not grant a default judgment against a party whose full name is not known. Plaintiff must properly file any default judgment against the non-appearing Defendants by May 7, 2018.

SO ORDERED.

*[signature]*   5/1/18

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE