# FONG & WONG, P. C.
*ATTORNEYS AT LAW*
*254 CANAL STREET, SUITE 2002, NEW YORK, NEW YORK 10013*

(212) 966-6668
(212) 334-6759 (FAX)

*ADMITTED TO NEW YORK & NEW JERSEY

EDMOND J. FONG, ESQ.
ROBERT W. WONG, ESQ.*
DAVID B. HOROWITZ, ESQ.

VIA ECF

May 3, 2018

Henry Pitman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Lian Yang et seq. v. Asia Market Corp. et seq.
              SDNY Civ. No. 17cv6886

Dear Honorable Judge Pitman:

      This is to inform the court that plaintiff and defendant have reached a settlement of the above referenced matter and as such there is no need for a settlement conference to be held before your honor. Parties intended to enter into a settlement agreement and submit same for judicial approval. Accordingly, we respectfully request your honor to either adjourn or cancel the phone conference scheduled for May 7, 2018 at 9:30 am.

      Respectfully submitted,

      */S/ Robert Wong*
      Robert Wong Esq. (RWW-1505)
      Attorney for Defendants
      Asia Market Corp. and Naomi Kwong

cc.:    Keli Liu, Esq. (By ECF)
        Attorney for Plaintiff