# FONG & WONG, P. C.

ATTORNEYS AT LAW

254 CANAL STREET, SUITE 2002, NEW YORK, NEW YORK 10013

(212) 966-6668
(212) 334-6759 (FAX)

*ADMITTED TO NEW YORK & NEW JERSEY

EDMOND J. FONG, ESQ.
ROBERT W. WONG, ESQ.*
DAVID B. HOROWITZ, ESQ.

VIA ECF

May 3, 2018

Henry Pitman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The conference call scheduled for 5-7-18 will proceed as scheduled to discuss cheers approval.*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
5-4-18

Re: Lian Yang et seq. v. Asia Market Corp. et seq.
SDNY Civ. No. 17cv6886

Dear Honorable Judge Pitman:

This is to inform the court that plaintiff and defendant have reached a settlement of the above referenced matter and as such there is no need for a settlement conference to be held before your honor. Parties intended to enter into a settlement agreement and submit same for judicial approval. Accordingly, we respectfully request your honor to either adjourn or cancel the phone conference scheduled for May 7, 2018 at 9:30 am.

Respectfully submitted,

/S/ Robert Wong
Robert Wong Esq. (RWW-1505)
Attorney for Defendants
Asia Market Corp. and Naomi Kwong

cc.: Keli Liu, Esq. (By ECF)
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/18