USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LIAN YANG,

                        Plaintiff,

              -against-

ASIA MARKET CORP., JIE MING LIANG,
WEN "DOE" (LAST NAME UNKNOWN),
NAOMI KWONG, "JOHN" (FIRST NAME
UNKNOWN) KWONG,

                       Defendants.
------------------------------------------------------------X

17-CV-6886 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 25, 2018, Plaintiff moved for default judgment against the non-appearing Defendants [Dkt. 42];

      WHEREAS the Court denied Plaintiff's motion without prejudice for failing to comply with the Undersigned's Individual Practices, and for seeking default against parties whose names were not known, ordering Plaintiff to properly file any default judgment against the non-appearing Defendants by May 7, 2018 [Dkt. 43]; and

      WHEREAS no such motion had been filed by close of business on May 9, 2018;

      IT IS HEREBY ORDERED that the claims against Defendants who have not appeared—Jie Ming Liang, Wen "Doe," and "John" Kwong—are DISMISSED WITHOUT PREJUDICE, and the Clerk is instructed to terminate these Defendants from the matter.

**SO ORDERED.**

**Date: May 9, 2018**
       **New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**